Stephen M. Doniger, Esq. (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
scott@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile:  (310) 417-3538

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUCKLEY H. CRISPIN, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTIAN AUDIGIER, INC., a California Corporation; et al;<br><br>Defendants. | Case No.: CV09-9509 MMM (JEMx)<br><u>The Hon. Margaret M. Morrow Presiding</u><br><br>**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR REVIEW OF MAGISTRATE JUDGE'S MARCH 30, 2010 ORDER**<br><br>[Plaintiff's Motion for Review of Magistrate Judge's March 30, 2010 Order Submitted Concurrently Herewith] |

Upon review and consideration of Plaintiff's Motion for Review of Magistrate Judge's March 30, 2010 Order, and all papers and evidence filed in connection with that motion, and finding good cause thereon,

IT IS HEREBY ORDERED THAT:

1. Category Nos. 2, 3, and 4 of Defendants' Subpoena *Duces Tecum* served to Facebook is hereby quashed – Defendants shall advise Facebook immediately that no further steps need be taken to comply with Category Nos. 2, 3, and 4 of that subpoena.

2. Category Nos. 2, 3, and 4 of Defendants' Subpoena *Duces Tecum* served to MySpace, Inc. is hereby quashed – Defendants shall advise MySpace, Inc.

immediately that no further steps need be taken to comply with Category Nos. 2, 3, and 4 that subpoena.

3. Defendants' Subpoena *Duces Tecum* served to Media Temple is hereby quashed – Defendants shall advise Media Temple immediately that no further steps need be taken to comply with that subpoena.

<u>SO ORDERED</u>.

Date: _____, 2010      By: _____
                                    UNITED STATES DISTRICT COURT
                                    HONORABLE MARGARET M. MORROW