Stephen M. Doniger, Esq. (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
scott@donigerlawfirm.com
Regina Y. Yeh, Esq. (SBN 266019)
regina@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff



## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| BUCKLEY H. CRISPIN, an Individual, | Case No.: CV09-9509 ABC (JEMx) |
|---|---|
| Plaintiff, | *The Honorable John E. McDermott Presiding* |
| v. | *Discovery Motion* |
| CHRISTIAN AUDIGIER, INC., a California Corporation; et al; | **PLAINTIFF'S APPLICATION TO FILE DEFENDANT CHRISTIAN AUDIGIER, INC.'S AMENDED AND SUPPLEMENTAL RESPONSES TO PLAINTIFF'S INTERROGATORIES** |
| Defendants. | *[Filed Concurrently with [Proposed] Order]* |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL:**

PLEASE TAKE NOTICE THAT on pursuant to Local Rules 79-1 and 79-5.1, Plaintiff requests that the Court grant Plaintiff leave to file Exhibit 1 under seal.

This Request for Leave is made due to the confidential and sensitive financial information contained in said documents and the Protective Order entered into by this Court. *See* Dkt. No. 115. A proposed Order is lodged concurrently herewith for the

1 | Court's consideration.

Dated: November 17, 2010

Respectfully Submitted,

DONIGER / BURROUGHS APC

By: /s/ Regina Y. Yeh
Regina Y. Yeh, Esq.
Attorneys for Plaintiff