Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Regina Y. Yeh (SBN 266019)
regina@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe., Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile:  (310) 417-3538

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUCKLEY H. CRISPIN, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN AUDIGIER, INC., a California Corporation, et al.,<br><br>Defendants. | Case No.:  CV09-9509 ABC (JEMx)<br>*The Honorable Audrey B. Collins Presiding*<br><br>**[PROPOSED] ORDER ON STIPULATION TO MODIFY SCHEDULING ORDER** |

Upon review of the Parties' Stipulation to Modify Scheduling Order, and finding good cause thereon,

IT IS ORDERED that the Scheduling Order in this case be modified as follows:

1. The fact discovery cut-off date is continued from February 1, 2011 to March 1, 2011;
2. The expert witness report date is continued from December 6, 2010 to January 31, 2011;

- 1 -

3. The rebuttal expert witness report date is continued from January 10, 2011 to February 21, 2011;

4. The law and motion cut-off is continued from February 1, 2011 to March 8, 2011.

5. The expert witness discovery cut-off is continued to March 8, 2011.

6. All other dates to remain the same.

SO ORDERED.

Date: **11/29, 2010**      By: _____
UNITED STATES DISTRICT COURT
HONORABLE AUDREY B. COLLINS