Stephen M. Doniger, Esq. (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
scott@donigerlawfirm.com
Regina Y. Yeh, Esq. (SBN 266019)
regina@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUCKLEY H. CRISPIN, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN AUDIGIER, INC., a California Corporation; et al;<br><br>Defendants. | Case No.: CV09-9509 ABC (JEMx)<br>*The Honorable John E. McDermott Presiding*<br><br>*Discovery Motion*<br><br>**PLAINTIFF'S APPLICATION TO FILE DEFENDANT CHRISTIAN AUDIGIER, INC.'S SUPPLEMENTAL PRODUCTION OF DOCUMENTS UNDER SEAL**<br><br>**[Filed Concurrently with [Proposed] Order]** |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL:**

PLEASE TAKE NOTICE THAT on pursuant to Local Rules 79-1 and 79-5.1, Plaintiff requests that the Court grant Plaintiff leave to file Defendant Christian Audigier, Inc.'s Supplemental Production of Documents, Bates-stamped CAI 524436-CAI 52447 under seal.

This Request for Leave is made due to the confidential and sensitive financial

1  information contained in said documents and the Protective Order entered into by this
2  Court.  *See* Dkt. No. 115.  A proposed Order is lodged concurrently herewith for the
3  Court's consideration.

                                  Respectfully Submitted,

Dated: December 2, 2010         DONIGER / BURROUGHS APC

                            By:  /s/ Regina Y. Yeh
                                  Regina Y. Yeh, Esq.
                                  Attorneys for Plaintiff

PLAINTIFF'S APPLICATION TO FILE UNDER SEAL