Stephen M. Doniger, Esq. (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
scott@donigerlawfirm.com
Regina Y. Yeh, Esq. (SBN 266019)
regina@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUCKLEY H. CRISPIN, an Individual, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTIAN AUDIGIER, INC., a California Corporation; et al; <br><br> Defendants. | Case No.: CV09-9509 ABC (JEMx) <br> *The Honorable John E. McDermott Presiding* <br><br> [~~PROPOSED~~] ORDER ON PLAINTIFF'S REQUEST FOR LEAVE TO FILE EXHIBITS UNDER SEAL |

Upon review of Plaintiff's Application for Leave to File Exhibits Under Seal, and finding good cause thereon,

IT IS HEREBY ORDERED THAT:

The following documents shall be deemed filed under seal:

1. Defendant Christian Audigier, Inc.'s supplemental production of documents, Bates-stamped Bates-stamped CAI 524436-CAI 52447.

[DEC - 3 2010]        By: /s/ John E. McDermott
                             U.S. DISTRICT COURT JUDGE
                             The Honorable John E. McDermott

1

[PROPOSED] ORDER ON PLAINTIFF'S REQUEST TO FILE UNDER SEAL