BROWNE WOODS GEORGE LLP
Michael A. Bowse (No. 189659)
mbowse@bwgfirm.com
Amanda L. Morgan (No. 246277)
amorgan@bwgfirm.com
2121 Avenue of the Stars, Suite 2400
Los Angeles, California 90067
Tel 310.274.7100 -- Fax 310.275.5697

Attorneys for Defendants
CHRISTIAN AUDIGIER, INC.;
NERVOUS TATTOO, INC.,
SHOP ON STAGE, INC., and
CHRISTIAN AUDIGIER, an individual

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUCKLEY H. CRISPIN, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN AUDIGIER, INC., a California Corporation; NERVOUS TATTOO, INC., a California Corporation; SHOP ON STAGE, INC., a California Corporation; CHRISTIAN AUDIGIER, an Individual; 3A WATCH, LLC, a California Limited Liability Company; RADIANCE JEWELRY, INC., a California Corporation; CHROMEBONES, a business entity of unknown form, REVOLUTION EYEWEAR, INC., a California Corporation; CA BEVERAGES, LLC, a California Limited Liability Company; CALIFORNIA BAG, LLC, a California Limited Liability Company; JR 93 INC, a California corporation; NEW WAVE FRAGRANCES, a business entity of unknown form; LE MARAIS LLC, a California Limited Liability Company; MOOD SIGNATURES | Case No. 09-CV-9509-ABC(JEMx)<br>Assigned to Hon. Audrey B. Collins<br>Roybal Courtroom 680<br><br>**[PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Complaint Filed: December 29, 2009 |

265542_1.DOC

[Proposed] Order Continuing Hearing On Motion For Summary Judgment

1  LLC, a California Limited Liability Company; HTP ENTERPRISE TRADING, a California company of unknown form; SEA AND SURF, LLC, a California Limited Liability Company; TATTOO DRINK, INC., a California corporation; TATTOO AIR FRESH, INC, a California corporation; and DOES 1-10, inclusive,

  Defendants.

1  UPON consideration of defendants Christian Audigier, Inc.'s *Ex Parte*
2  Application to Continue Hearing On Motion For Partial Summary Judgment, the
3  motion is GRANTED.
4  IT IS HEREBY ORDERED that the briefing schedule for Plaintiffs' Motion
5  for Summary Judgment (Docket No. 148) is:

| | |
|---|---|
| 6  Opposition Brief: | January 17, 2011 |
| 7  Reply Brief: | January 24, 2010 |
| 8  Hearing: | February 7, 2011 |

9  IT IS SO ORDERED.

11  Dated: _____         _____
12                                           Hon. Audry B. Collins
                                             U.S. District Court Judge

265542_1.DOC                              1
[Proposed] Order Continuing Hearing On Motion For Summary Judgment

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2121 Avenue of the Stars, Suite 2400, Los Angeles, California 90067.

On December 14, 2010, I served the foregoing document described as: **[PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** on the parties in this action by serving:

See attached Service List.

☒  **By Serving** - ☐ the original ☒ a true copy thereof, as follows::

☐  **By Mail** enclosed in sealed envelopes addressed as above and delivering such envelopes as follows: I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Beverly Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐  **By Personal Service** enclosed in sealed envelopes addressed as above and delivering such envelopes as follows: I caused to be delivered such envelope by hand to the offices of the addressee(s).

☐  **By Overnite Express** enclosed in sealed envelopes addressed as above and delivering such envelopes as follows: I caused the envelope(s) to be deposited in the dropbox for Overnite Express office located at 2121 Avenue of the Stars, Los Angeles, California 90067, on _____, for delivery on the next-business-day basis to the offices of the addressee(s).

☒  **By E-Mail Electronic Transmission**: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail address(es) so indicated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Executed on December 14, 2010, at Los Angeles, California.

☒  **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/ Kathy Hall
Kathy Hall

265542_1.DOC

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | |
| 3 | |
| | *Attorneys for Plaintiff:* |
| 4 | |
| 5 | Stephen M. Doniger, Esq.<br>Scott A. Burroughs, Esq. |
| | Regina Y. Yeh, Esq. |
| 6 | Doniger / Burroughs APC<br>300 Corporate Pointe, Suite 355 |
| 7 | Culver City, California 90230<br>Tel 310.590.1820 -- Fax 310.417.3538 |
| 8 | Email:  stephen@donigerlawfirm.com;<br>scott@donigerlawfirm.com |
| 9 | regina@donigerlawfirm.com |
| 10 | |
| 11 | *Attorneys for Defendants 3A Watch, LLC,<br>Radiance Jewelry, Inc., Chromebones,* |
| | *Revolution Eyewear, Inc., California Bag LLC;* |
| 12 | *JR93, Inc., New Wave Fragrances, Le Marais<br>LLC; Tattoo Air Fresh Inc., and Sea and Surf,* |
| 13 | *LLC:* |
| 14 | John M. Moscarino, Esq.<br>Joseph Connolly, Esq. |
| 15 | Jane Fredgant, Esq.<br>McLeod Moscarino Witham & Flynn LLP |
| 16 | 707 Wilshire Boulevard, Suite 5000<br>Los Angeles, California 90017 |
| 17 | Tel 213.627.3600 – Fax 213.627.6290<br>Email:  connollyjose@yahoo.com; |
| 18 | jfredgant@mmwf.com |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| | 265542_1.DOC |