BROWNE WOODS GEORGE LLP
Michael A. Bowse (No. 189659)
mbowse@bwgfirm.com
Amanda L. Morgan (No. 246277)
amorgan@bwgfirm.com
2121 Avenue of the Stars, Suite 2400
Los Angeles, California  90067
Tel 310.274.7100 -- Fax 310.275.5697

Attorneys for Defendants
CHRISTIAN AUDIGIER, INC.;
NERVOUS TATTOO, INC.,
SHOP ON STAGE, INC., and
CHRISTIAN AUDIGIER, an individual, and
Cross-Defendants CHRISTIAN AUDIGIER, INC.
and AUDIGIER BRAND MANAGEMENT GROUP, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUCKLEY H. CRISPIN, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN AUDIGIER, INC., a California Corporation; NERVOUS TATTOO, INC., a California Corporation; SHOP ON STAGE, INC., a California Corporation; CHRISTIAN AUDIGIER, an Individual; 3A WATCH, LLC, a California Limited Liability Company; RADIANCE JEWELRY, INC., a California Corporation; CHROMEBONES, a business entity of unknown form, REVOLUTION EYEWEAR, INC., a California Corporation; CA BEVERAGES, LLC, a California Limited Liability Company; CALIFORNIA BAG, LLC, a California Limited Liability Company; JR 93 INC, a California corporation; NEW WAVE FRAGRANCES, a business entity of unknown form; LE MARAIS LLC, a California Limited Liability | Case No. 09-CV-9509-ABC(JEMx)<br>Assigned to Hon. Audrey B. Collins<br>Roybal Courtroom 680<br><br>**DECLARATION OF VINCENT AUDIGIER IN SUPPORT OF CHRISTIAN AUDIGIER, INC.'S SURREPLY RE MOTION FOR SUMMARY JUDGMENT**<br><br>Date:         March 7, 2011<br>Time:        10:00 a.m.<br>Courtroom: 680 Roybal Fed. Bldg.<br><br>Complaint Filed: December 29, 2009 |

271325_1.DOC

DECLARATION OF VINCENT AUDIGIER

| | |
|---|---|
| 1 | Defendants. |
| 2 | |
| 3 | NEW LIFE COMPANY, LLC, A California limited liability company, |
| 4 | Cross-Claimant, |
| 5 | v. |
| 6 | CHRISTIAN AUDIGIER, INC., a California Corporation; AUDIGIER BRAND MANAGEMENT GROUP, LLC, a California limited liability company; and ROES 1 through 10, inclusive, |
| 7 | |
| 8 | |
| 9 | |
| 10 | Cross-Defendants. |

271325_1.DOC                                   -1-

DECLARATION OF VINCENT AUDIGIER

I, Vincent Audigier, declare as follows:

1. I am a resident of the state of California. I make this declaration based upon my own personal knowledge and, if called to do so, could and would competently testify to the matters set forth herein.

2. I am the Vice President of Sourcing and Logistics for Christian Audigier, Inc. I have held this position since November 15, 2007 to the present day. My responsibilities include managing the manufacture, acquisition and distribution of clothing sold by Christian Audigier, Inc.

3. Because of these responsibilities, I am knowledgeable regarding the manufacture, acquisition, distribution and sale of Christian Audigier branded clothing sold by Christian Audigier, Inc.

4. Attached hereto in Exhibit B are photographs of several Christian Audigier branded t-shirts and sweatshirts that include artwork prepared and sold to Christian Audigier, Inc. by Plaintiff. All of these garments were produced and sold by Christian Audigier, Inc. through its ordinary channels of manufacture and distribution. Each of the products depicted in these photographs include Plaintiff's "seal".

Executed this 16th day of February, 2011, at Culver City, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Vincent Audigier

-2-

DECLARATION OF VINCENT AUDIGIER