# EXHIBIT B

**TO**
**DECLARATION OF VINCENT AUDIGIER IN SUPPORT OF**
**CHRISTIAN AUDIGIER, INC'S SURREPLY RE MOTION FOR SUMMARY JUDGMENT**

**Buckley H. Crispin, etc. v. Christian Audigier, Inc., etc., et al.**
**USDC Case No. 09-CV-0509-ABC (JEMx)**





















































